

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEANNE HANSEN, | Civ. No. 09-1187-AC |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| HIGH DESERT AGGREGATE & PAVING, INC. and RELIABLE FLAGGING, INC., | |
| Defendants. | |

ACOSTA, Magistrate Judge:

Pursuant to the parties' Stipulated Notice of Dismissal (#16), the court finds this case has been fully compromised and settled. Accordingly,

IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without attorney fees or costs to any party; (2) pending motions, if any, are DENIED as

JUDGMENT OF DISMISSAL                          1                                   {KPR}

moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 19th day of July, 2010.

                                                /s/ John V. Acosta
                                                JOHN V. ACOSTA
                                            United States Magistrate Judge